IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KELVIN FORD,**            :    **Civil No. 4:21-cv-2081**
                            :
              **Plaintiff,**  :
                            :
      **v.**                :
                            :
**ACTING WARDEN HALL, et al.,**  :
                            :
              **Defendants.**  :    **Judge Sylvia H. Rambo**

## O R D E R

AND NOW, this 6th day of April, 2022, upon consideration of the magistrate judge's Report and Recommendation (Doc. 6), to which no objections have been timely filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), IT IS HEREBY ORDERED as follows:

1) The Report and Recommendation is ADOPTED;

2) Plaintiff's Motion requesting that this case be held in abeyance or dismissed so that he can exhaust his administrative remedies (Doc. 5) is construed as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1); and

3) The Clerk of Court is DIRECTED to close this case.

s/Sylvia H. Rambo
United States District Judge